UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JASON F. JACOBS                                  CIVIL ACTION NO. 09-cv-1811

VERSUS                                           JUDGE HICKS

JIMMY HALL, ET AL                                MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this matter is **remanded** to the City Court for the City of Bossier City, Louisiana, due to lack of subject-matter jurisdiction in the federal court, where the matter was pending as Case No. 08-14262.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 4th day of January, 2010.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE